IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONNDA JONES,
also known as RHONDA LAW,

    Plaintiff,

v.                                                      No. 12-cv-1006 MCA/SMV

BOARD OF COUNTY COMMISSIONERS OF
CURRY COUNTY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

    THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 15], filed November 14, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 21], filed December 4, 2012.

                                                              _____
                                                               **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**