IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RONNDA JONES,**
**also known as RHONDA LAW,**

    **Plaintiff,**

v.                                                                                    No. 12-cv-1006 MCA/SMV

**BOARD OF COUNTY COMMISSIONERS OF**
**CURRY COUNTY,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Defendant's Motion to Compel [Doc. 24], filed February 8, 2013 and on its Addendum [Doc. 26], filed on March 18, 2013.  In the original motion, Defendant sought an order compelling Plaintiff to provide answers to its First Set of Interrogatories and Requests for Production, served on November 13, 2012.  [Doc. 24] at 2. Plaintiff did not respond to the motion but did file a certificate of service indicating that she had responded to the discovery requests on March 7, 2013.  [Doc. 25].  By March 13, 2013, however, the original Motion was still pending.  The Court directed its staff to ask Defendant to take action on the pending motion, by either withdrawing it or amending it to reflect any still outstanding dispute.  Defendant filed its addendum on March 18, 2013, indicating that a dispute remained as to Interrogatory No. 13 and authorizations to release medical records for certain providers. [Doc. 26].  Plaintiff has filed no response to the addendum, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff show cause why the requests in the Addendum [Doc. 26] should not be granted pursuant to

D.N.M.LR-Civ. 7.1(b) and why Plaintiff should not be ordered to pay Defendant's reasaonble expenses, including attorney fees, incurred in filing the motion and addendum pursuant to Fed. R. Civ. P. 37(a)(5)(A). Plaintiff's response is due within 14 days of the date of this Order.

    **IT IS SO ORDERED.**

                              **STEPHAN M. VIDMAR**
                              **United States Magistrate Judge**