IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONNDA JONES,

    Plaintiff,

v.                                                                      No. 12-cv-1006 MCA/SMV

BOARD OF COUNTY COMMISSIONERS OF
CURRY COUNTY,

    Defendant.

### ORDER VACATING SETTLEMENT CONFERENCE
### AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court sua sponte.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court's Order Setting Settlement Conference [Doc. 23] is **VACATED**. All deadlines relating thereto are also **VACATED**.

**IT IS FURTHER ORDERED** that a telephonic status conference is hereby set for **June 25, 2013, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a new date on which to conduct the settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.