IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RONNDA JONES,**

    **Plaintiff,**

**v.**                                                                             **No. 12-cv-1006 MCA/SMV**

**BD. OF CNTY. COMM'RS OF CURRY CNTY.,**

    **Defendant.**

## ORDER VACATING SETTLEMENT CONFERENCE
## AND REQUIRING CLOSING DOCUMENTS

    THIS MATTER is before the Court on a telephonic notification from defense counsel that the case has settled.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference set for August 14, 2013, is hereby **VACATED**.

    **IT IS FURTHER ORDERED** that closing documents be filed no later than **Thursday, September 12, 2013**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**